Nov. 15, 2005

Felipe Oteze Fowlkes #W84202
MCI-Norfolk: P.O. Box 43
Norfolk, MA 02056

In Re: Fowlkes v. Dennehy., et., al.,
05-CV-11749 JLT

Dear Clerk:

I am a Cedar Junction Boarder at Norfolk, therefore I did not need to submit a change of address. In your Sept. 6, Notice, you informed me that my complaint was being screened. Once the screening has been completed and a decision and order entered, please be sure to check for my whereabouts and ensure that I receive the Court's orders, decisions and notices in my civil action. Thus, far I've received none.

Very truly yours,

Written copy: f.o.f.