December 24, 2005

Felipe Oteze Fowlkes #W84202
Souza Baranowski Correctional Center
P.O. Box 8000, Shirley, MA 01464

Office of the Clerk
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, MA      02210

Re: Fowlkes v. Dennehy, et al # Civil Action 05-11749-JLT
    "Notice of Change of Address"

Dear Clerk:

Please take notice, that I am the plaintiff, Pro Se in the above cited civil action.
I am reporting to you my new and current address of: Souza Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464.

The Civil Rights complaint including its Rule 15(a) amendments, are being screened. Once the screening has been completed, please send me the Judge's decision and order. Thank you.

written copy: f.o.f.

Very truly yours,

*[signature]*
Felipe Oteze Fowlkes