U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS:

FELIPE OTEZE FOWLKES,
                    PLAINTIFF,
     VS.                                CA. NO. 05-11749-JLT

KATHLEEN M. DENNEHY, ET. AL.,
                    DEFENDANTS.

FILED
CLERKS OFFICE
2006 APR 28 A 11:07
U.S. DISTRICT COURT
DISTRICT OF MASS.

REQUEST TO EXCEED TEN PAGES IN SHOW CAUSE RESPONSE OF PLAINTIFF:

   In order to facilitate the filing of a meaningful Show Cause Response, the plaintiff, Felipe Oteze Fowlkes, respectfully request that the court accept the combination of the (10) paged Show Cause with the (10) paged memorandum in support of the Rule 15(a) amendments in the complaint with an additional 4 pages equalling 24 pages. The plaintiff required that amount of pages to Show Cause why his claims should not be

-A-                              (Cont. on reverse side)

dismissed and why other defendant should be included and added to the claims and the complaint. There were also additional important documents which plaintiff needed to explain which are attached in support of the Show Cause. Furthermore, plaintiff fell within the Fed.R.Civ.P., Rule 15(a) amendment requirements before a responsive pleading is served. And to make it convienant, the plaintiff is serving the four defendants with the Rule 15(a) amended complaint and has enclosed a copy for the Court as well, in lieu of another memorandum and order which he hopes the Court will direct service of the summons and complaint on the other defendants set forth in plaintiff's Show Cause.

WHEREFORE, based upon the foregoing reasons it is respectfully requested that the Court allow and accept the enclosed (24) paged Show Cause as to why plaintiff's claims should not be dismissed and why additional defendants should be included and added.       Respectfully Submitted,

DATED: April 24, 2006.
SWORN TO UNDER PENALTY OF PERJURY.
28 USCA 1746

FELIPE OTEZE FOWLKES

-B-