# AFFIDAVIT OF SERVICE BY MAIL

COMM. OF MASS,
CNTY. OF

(FOULKES VS. DENNEHY et AL  Act-05-11749 JLT)

FILED
CLERKS OFFICE
2006 APR 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

I, FELIPE OTEZE FOULKES, being duly sworn, deposes and says:

1. I am the plaintiff, PRO SE, in the above-entitled civil action, and I currently reside at S.B.C.C., P.O. Box 8000, Shirley, MA 01464
2. I am over the age of 18.
3. On April 24, 2006, I served the within: Request to Exceed and Plaintiff's Show Cause with supporting documents, and amended by Fed.R.Civ.P., Rule 15(a) complaint with supporting documents, upon: Hon. Joseph L. Tauro, U.S. District Court Judge % Office of the Clerk, U.S. District Court, One Courthouse Way - Suite 2300, Boston, Massachusetts 02210, and a Summons and a copy of the enclosed amended complaint was served on the defendants, PEPE, NOLAN, DENNEHY and SPENCER via U.S. Marshal Service, by depositing true copies of said documents within postpaid properly addressed envelopes in the hands of duly authorized correctional officers at Souza-Baranowski Prison, to be mailed via U.S. Postal Services.

Pursuant to Title 28 USCA 1746: "I swear under the penalty of perjury that the foregoing is true and correct."

Signature: _Felipe Oteze Foulkes_
FELIPE OTEZE FOULKES:

EXECUTED ON: April 24, 2006.