| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>FELIPE OTEZE FOWLKES | COURT CASE NUMBER<br>C.A. 05-11749-JLT |
|---|---|
| DEFENDANT<br>KAThLEEN DENNEhY | TYPE OF PROCESS |

FILED
IN CLERKS OFFICE
2006 MAY 22 A 11:28
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KAThLEEN DENNEhY, Commissioner Dept of CoRRections

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT    50 MAPLE Street, Suite 3, MilFoRd, MA 01757

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FELIPE OTEZE FOWLKES #W84202
SOUZA-BARANOWSKI CoRR. CTR.
P.O. BOX 8000
ShiRLEY, MA 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    ☐ DEFENDANT    TELEPHONE NUMBER    DATE 4/24/06
*Felipe Oteze Fowlkes*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Talavera | Date<br>5-8-06 / 4/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Danielle Moreira / Confidential Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  5/12/06     Time  1:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  Forwarded USMS Worcester MA

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Felipe Otele Fowlkes
           v.     Plaintiff

Kathleen Dennehy, et al;
           Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

C.A. 05 - 11749 - JLT

TO: (Name and address of Defendant)

Kathleen Dennehy, Commissioner, Dept. of Corrections

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Felipe Otele Fowlkes (Pro se)
SBCC
PO Box 8000
Shirley, MA 01464

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Sarah A. Thornton          3/21/06
CLERK                      DATE

Rebecca Greenberg
(By) DEPUTY CLERK