UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-CV-11749-JLT

FELIPE FOWLKES,

    Plaintiff,

v.

KATHLEEN M. DENNEHY, ET AL.,

    Defendants.

### MOTION TO ENLARGE

Defendants[1], by counsel, move that the time for responding to the complaint be enlarged up to forty-five days from the date the Court issues a decision on Plaintiff's Response to Order to Show Cause (docket numbers 11 and 12). As reason therefore, defendants assert that they plan to file a dispositive motion in the case and in the interest of judicial economy, wish to file one motion that addresses all of the outstanding claims in this case.

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: June 20, 2006
/s/ Daryl F. Glazer_____
Daryl F. Glazer
BBO #567138
Dfglazer@doc.state.ma.us
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, Ext. 102

---

[1] Defendants are not waiving any defenses related to service of process by filing this Motion.