CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 1st day of August 2006, I caused a copy of the foregoing Defendants' Motion to Reconsider to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.

Date: August 1, 2006                  /s/ Daryl F. Glazer
                                                     Daryl F. Glazer
                                                     Counsel