UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-CV-11749-JLT

FELIPE FOWLKES,

    Plaintiff,

    v.

KATHLEEN M. DENNEHY, ET AL.,

    Defendants.

## MOTION TO ENLARGE

Defendants[1], by counsel, move that the time for responding to the complaint be enlarged up to twenty days after all the defendants have been served. As reason therefore, defendants' counsel plans to file a dispositive motion in the case applying to all served defendants and in the interest of judicial economy, wishes to file one motion that addresses all of the outstanding claims in this case.

                                  DEFENDANTS,
                                  By their attorney,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

Dated: August 28, 2006        /s/ Daryl F. Glazer_____
                                Daryl F. Glazer
                                BBO #567138
                                Dfglazer@doc.state.ma.us
                                Legal Division
.                               Department of Correction
                                70 Franklin Street, Suite 600
                                Boston, MA 02110-1300
                                (617) 727-3300, Ext. 102

---

[1] Defendants are not waiving any defenses related to service of process by filing this Motion.