<u>CERTIFICATE OF SERVICE</u>

     I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 28th day of August 2006, I caused a copy of the foregoing Defendants' Motion to Enlarge and Opposition to Plaintiff's Motion to Amend Complaint to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.


Date: August 28, 2006               /s/ Daryl F. Glazer
                                       Daryl F. Glazer
                                       Counsel