| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>FELIPE OTEZE FOWLKES | COURT CASE NUMBER<br>C.A. 05-11749 JLT |
|---|---|
| DEFENDANT<br>JAMES R. BENDER | TYPE OF PROCESS |

FILED
CLERKS OFFICE
2006 SEP 15 P 3:42
DISTRICT OF MASS

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | JAMES R. BENDER, DEPUTY COMMISSIONER, DEPT. OF CORRECTION |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | OFFICE OF DEPUTY COMMISSIONER: P.O. BOX 9125, WEST CONCORD, MA 01742 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FELIPE OTEZE FOWLKES #W84202
SOUZA-BARANOWSKI CORR. CTR.
P.O. BOX 8000
SHIRLEY, MA 01464

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 22 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEPUTY COMMISSIONER, BENDER, MAY ALSO BE SERVED AT MASS. D.O.C. 50 MAPLE STREET, SUITE 3, MILFORD, MA 01757

| Signature of Attorney or other Originator requesting service on behalf of:<br>[signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>7-31-06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>M | Date<br>8/9/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>SUSAN McDONALD / ADMIN. ASST. to J. BENDER | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9-13-06 | Time 9:20 am |
| | Signature of U.S. Marshal or Deputy<br>[signature] |

| Service Fee<br>90.00 | Total Mileage Charges (including endeavors)<br>19.58 | Forwarding Fee | Total Charges<br>109.58 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     **MASSACHUSETTS**

**FELIPE FOWLKES,**
        Plaintiff                        **SUMMONS IN A CIVIL CASE**
V.

**KATHLEEN M. DENNEHY, ET AL.,**      CASE      C.A. 05-11749-JLT

**Defendants**

TO: (Name and address of Defendant)

**James R. Bender**
**Deputy Commissioner**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Felipe Otele Fowlkes** (*pro se*)
**S.B.C.C**
**P.O. Box 8000**
**Shirley, MA 01464**

* or answer as otherwise required by the Federal Rules of Civil Procedure.

an answer to the complaint which is herewith served upon you, _____ 20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**       **7/26/06**
CLERK                                        DATE

*(signature)*
(By) DEPUTY CLERK