UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FELIPE FOWLKES, | ) ) ) | |
| Plaintiff, | ) | C.A. No. 05-11749-JLT |
| v. | ) ) ) | |
| KATHLEEN M. DENNEHY, et al., | ) ) | |

### DEFENDANTS'[1] MOTION FOR A MORE DEFINITE STATEMENT

Now come the defendants in the above-referenced matter and move for a More Definite Statement pursuant to Fed. R. Civ. P. 12(e). The defendants attach hereto a Memorandum of Law in support of their Motion.

Respectfully submitted,

DEFENDANTS,
By their attorney,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: December 26, 2006

/s/ Daryl F. Glazer
Daryl F. Glazer, Counsel
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300, ext. 102
BBO #567138
Dfglazer@doc.state.ma.us

---

[1] The Motion for a More Definite Statement is being filed on behalf of the following defendants: Kathleen M. Dennehy, James R. Bender, Timothy Hall, John Marshall, Veronica Madden, Ronald T. Duval,; Kristie Ladouceur, Peter Pepe, David Nolan, Ann Marie Aucoin, Luis Spencer, Daniel Sullivan, Kimberly Kenny, Lois Russo, John Luongo, Darrin C. Payne, Karen Dinardo, Officer Pare, and Officer Dragone. Defendant Mr. Anderson has not been served with the Complaint.