CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 26th day of December 2006, I caused a copy of the foregoing Defendants' Motion for a More Definite Statement, Memorandum of Law in support of, and Mr. Anderson's Motion to Dismiss to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.

Date: December 26, 2006                /s/ Daryl F. Glazer
                                              Daryl F. Glazer
                                              Counsel