UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
JUN -7 P 12: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

FELIPE OTEZE FOWLKES,
        PLAINTIFF,    Civil Action

vs.
                      #05-CV-11749

KATHLEEN M. DENNEHY, et, al
        DEFENDANTS.

## PROOF OF SERVICE

Plaintiff, Felipe Oteze Fowlkes, Pro Se, do hereby submit Process Receipt and Return from U.S. Marshals Service, Notice of Service on Defendant Scott Anderson. According to the Return Receipt defendant ANDERSON was served with Summons and Complaint on 4-6-07 at 10:15 A.M. (See Enclosed Notice of Service)

As for defendants John Marshall and Timothy Hall, an October 30, 2006, Proof of Service filed with the Court

-1-

shows that they were located and served at a different address. One in Concord and the other in Norfolk. See, enclosed copies of process receipts and returns on notices of services on them by U.S. Marshals Service by certified registered mail with return receipts.

In light of these proofs, the Court is precluded from dismissing this action against either of these defendants except for defendant C.O. Martin who is reportedly deceased.

DATE: June 1, 2007.

Respectfully submitted,
*Felipe Oteze Fowlkes*
Felipe Oteze Fowlkes
#W84202:
Souza-Baranowski Corr.
P.O. Box 8000: Shirley, MA
01464

# CERTIFICATE OF SERVICE

I, FELIPE OTEZE FOWLKES, PLAINTIFF, PRO SE, hereby certify that on this 1st DAY OF JUNE, 2007, I caused A TRUE COPY of the foregoing "PROOF OF SERVICE" with supporting documents, to be served on the defendants ATTORNEY, DARYL F. GLAZER, by PREPAID POSTAGED FIRST CLASS MAIL AT the LEGAL DIVISION, D.O.C. 70 FRANKLIN Street, Suite 600, BOSTON, MA 02110.

DATED: June 1, 2007.

*Felipe Oteze Fowlkes*
FELIPE OTEZE FOWLKES, PRO SE
#W84202: SBCC: P.O. Box 8000
Shirley, MA 01464

-3-

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Luis Otero Bouillon | JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott Anderson | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Scott Anderson, Deputy Superintendent

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MCI-Concord, P.O. Box 1160, Concord, MA 01742

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Luis Otero Bouillon #W81302
MCI-Shirley
P.O. Box 1218
Shirley, MA 01464

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 22
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 7-31-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 8/9/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Joy Gustafson, Secretary to Superintendent

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4/1/07
Time: 10:15 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 157.50 | 48.50 | — | 206.00 | — | | |

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| FELIPE OTEZE FOWLKES | 05-11749-JLT |
| DEFENDANT | TYPE OF PROCESS |
| John MARSHALL | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John MARSHALL, ASST. DEPUTY Commissioner, MA. D.O.C.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** P.O. Box 9125, W. Concord, MA 01742-9125

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Felipe Oteze Fowlkes #W84203
John Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 22
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

This is his newly discovered address. He was not located by your service on 8-10-06 and is hereby located to be served.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
/s/ Felipe Oteze Fowlkes
TELEPHONE NUMBER:
DATE: 10-3-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 3
District to Serve No.: 3
Signature of Authorized USMS Deputy or Clerk
Date: 10/12/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED          **3. NOTICE OF SERVICE**          FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Arelle_ | ☒ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>AGIC114 | C. Date of Delivery<br>10/13/0? |
| 1. Article Addressed to:<br><br>JOHN MARSHAL, ASSIST. DEPUTY COMMISSIONER MASS D. O. C.<br>PO BOX 9125<br>W. CONCORD, MA 01742-9125 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☒ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)  7006 0810 0001 5815 5876 | | |
| PS Form 3811, February 2004   Domestic Return Receipt | | 102595-02-M-1540 |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF FELIPE OTEZE FOULKES | COURT CASE NUMBER 05-CV-11749-JLT |
|---|---|
| DEFENDANT TIMOTHY HALL | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TIMOTHY HALL, ASST. DEPUTY COMMISSIONER, MASS. D.O.C.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
INDUSTRIES DRIVE: P.O. BOX 188, NORFOLK, MA 02056

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FELIPE OTEZE FOULKES #W81303
SOUZA-BARANOWSKI CORR. CTR.
P.O. BOX 8000
SHIRLEY, MA 01464

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

This is his newly discovered address. He was not located by your service on 8-10-06 and is hereby located to be served.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Felipe Oteze Foulkes
TELEPHONE NUMBER
DATE 10-3-06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 10/12/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Process served by cert. mail on 10/12/06

NOTE

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _John Ott_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) John Santos  C. Date of Delivery 10/16/06 |
| 1. Article Addressed to:<br><br>TIMOTHY HALL, ASSIST. DEPUTY<br>COMMISSIONER MASS. D.O.C.<br>INDUSTRIES DRIVE<br>PO BOX 188<br>NORFOLK, MA 02056 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7006 0810 0001 5815 5791 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540