CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 8th day of June 2007, I caused a copy of the foregoing Mr. Anderson's Amended Motion to Dismiss to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.

Date: June 8, 2007                                          /s/ Daryl F. Glazer
                                                                            Daryl F. Glazer
                                                                            Counsel