UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS:

FELIPE "OTEZE" FOWLKES,
           PLAINTIFF,
    VS.                          CIVIL ACTION
                                 #05-CV-11749-JLT

KATHLEEN M. DENNEHY, et., AL.
           DEFENDANTS.

FILED
CLERKS OFFICE
2007 JUN 8 A 11:59
U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION TO CORRECT PROPER SPELLING
OF "Middle NAME":

Now comes Plaintiff, FELIPE "OTEZE" FOWLKES, PRO SE, in the above-entitled action, and do hereby moves this Court for an order to correct the proper spelling of plaintiff's middle name. The record currently shows that plaintiff's middle name is being mis-spelled "OTELE". However, the proper spelling of plaintiff's middle name is "OTEZE". Thus, plaintiff request that the Court direct the Clerk to correct the proper spelling of plaintiff's middle name as "OTEZE" rather the mis-spelled "OTELE" and that all decisions, orders, and correspondences from the Court henceforth will contain the correctly spelled middle name of "OTEZE".

DATED: 6-5-07

RESPECTFULLY Submitted,
Felipe Oteze Fowlkes
FELIPE OTEZE FOWLKES

# CERTIFICATE OF SERVICE

I, the Plaintiff, FELIPE OTEZE FOWLKES, PRO SE, hereby certify that I have caused a true copy of the foregoing motion on defendants attorney DARYL F. GLAZER, MASS. D.O.C. Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110.

DATE: June 5, 2007.

*[signature]*
Felipe Oteze Fowlkes #W84209
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

6-3-07

Felipe Otelé Fowlkes
S.B.C.C
P.O. Box 8000
Shirley, MA 01464

PLEASE CORRECT SPELLING OF "middle NAme" ACCORDING to MOTION.

*[signature]*