UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS:

Felipe Oteze Fowlkes,
                PLAINTIFF,
    vs.

Kathleen M. Dennehy, et., al.
                DEFENDANTS.

FILED
CLERKS OFFICE
2007 JUN 13 P 12:48
Civil Action
#05-11749-JLT
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO ENLARGE TIME TO FILE DEFINITE STATEMENTS

Plaintiff, Felipe Oteze Fowlkes, pro se, respectfully moves this Court to enlarge time in which he must file a more definite statement to the complaint in the above-captioned civil action until July 31, 2007. The more definite statement is currently due June 21, 2007.

As reasons herefor, the plaintiff states as follows:

1. Plaintiff is currently locked-in cell 24 hours a day in Administrative Segregation S.M.U. Unit for his own protection.

2. As a result, he receives a limit amount of legal supplies once per week which is the only time he's able to submit legal papers for legal copies which takes an additional week or more to be returned by the librarian.

3. Plaintiff is also litigating three other civil actions and conducting legal research on them.

4. There are 22 or more defendants in the above-captioned civil action in which the Court has required a more definite statement as to each of them, which under these circumstances requires more time for this plaintiff to prepare, copy, and file, than the Court has ordered.

-1-

WHEREFORE, it is Respectfully Requested that the Court enlarge the time for plaintiff to file the more definite statement until July 31, 2007.

Dated: June 8, 2007.

Respectfully Submitted,

*Felipe Oteze Fowlkes*
Felipe Oteze Fowlkes #W84202
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I, Felipe Oteze Fowlkes, Plaintiff, Pro Se, certify that I have caused a true written copy of the foregoing Motion for Enlargement of Time to File a More Definite Statement, to be served by Pre-Paid First Class Mail on defendants' Attorney Daryl F. Glazer, D.O.C. Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110.

Dated: June 8, 2007.

*Felipe Oteze Fowlkes*
Felipe Oteze Fowlkes
Plaintiff, Pro Se