CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 14th day of June 2007, I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Motion to Enlarge Time to File Definite Statements to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.

Date: June 14, 2007                              /s/ Daryl F. Glazer
                                                        Daryl F. Glazer
                                                        Counsel