UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS:

Felipe Oteze Fowlkes,
            Plaintiff
vs.

Kathleen M. Dennehy, et., al.
            Defendants.

FILED
IN CLERKS OFFICE
Civil Action
2007 JUN 15 P 12 35
#05-CV-11749-JLT
U.S. DISTRICT COURT
DISTRICT OF MASS.

---

PLAINTIFF'S SHOW CAUSE WHY CLAIMS AGAINST DEFENDANT 'MARTIN' SHOULD NOT BE DISMISSED.

Now comes plaintiff, Felipe Oteze Fowlkes, to show cause why claims against defendant Martin should not be dismissed. As reasons therefore, the plaintiff states that defendant 'Martin' acted under the color of state law when he used unnecessary force and violence against the plaintiff on Dec. 19, 2004. Therefore, the State is liable to the plaintiff for the injuries caused by their employee regardless if that employee is no longer employed with the Dept. of Corr. or deceased.

Date: June 12, 2007.

Felipe Oteze Fowlkes
#W84202
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

CERTIFICATE OF SERVICE

I, Felipe Oteze Foulkes, Plaintiff, Pro Se, hereby certify that I have caused true copy of the foregoing Show Cause to be served by prepaid first class mail on the defendants Attorney Daryl F. Glazer, D.O.C. Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110.

Dated: June 12, 2007.

_____
Felipe Oteze Foulkes
Pro Se