CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 20th day of June 2007, I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Show Cause why Claims against Defendant Martin Should not be Dismissed to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. box 8000, Shirley, MA 01464.

Date: June 20, 2007                              /s/ Daryl F. Glazer
                                                        Daryl F. Glazer
                                                        Counsel