CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 25th day of June 2007, I caused a copy of the foregoing Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(b) to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. Box 8000, Shirley, MA 01464.

Date: June 25, 2007                  /s/ Daryl F. Glazer
                                       Daryl F. Glazer
                                       Counsel