[illegible] STATES [illegible] COURT

[illegible] OF M[illegible]

[illegible]

[illegible] M. [illegible]

[illegible]

PL[illegible] TO PLAINTIFF'S [illegible] NOT BE [illegible]

[illegible]

[illegible] AL to [illegible]

[illegible] on Page "I" to [illegible]

[illegible] Relief [illegible]

[illegible] Comp[illegible]

[illegible] IN[illegible]

[illegible]

FILED [illegible] OFFICE [illegible] 1:32

 (Cont [illegible])

[illegible]

Dated: June [illegible]

Respectfully submitted,

[signature]

Felipe [illegible]

[illegible]

[illegible], MA [illegible]

# Certificate of Service

I, Felipe Oteze [illegible], Plaintiff, do hereby certify that I have [illegible] [illegible] by [illegible] mail [illegible] DAVID F. GAREK [illegible] [illegible] 70 [illegible] [illegible] MA 02[illegible].

[illegible] June [illegible] 2007.

[illegible] [signature]

Felipe [illegible]