CERTIFICATE OF SERVICE

      I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 27th day of June 2007, I caused a copy of the foregoing Mr. Anderson's Motion to Reconsider Court's Order (#72) on His Motions to Dismiss (##52, 59) to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. Box 8000, Shirley, MA 01464.

Date: June 27, 2007            /s/ Daryl F. Glazer
                                             Daryl F. Glazer
                                             Counsel