UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS:

FILED
IN CLERKS OFFICE
2007 JUL 5 P 12:48
U.S. DISTRICT COURT
DISTRICT OF MASS.

Felipe Oteze Fowlkes,

        Plaintiff,

VS.

        C.A.# 05-11749-JLT

Kathleen M. Dennehy, et al.,

        Defendants.

## MOTION TO RECUSE

    Now comes Plaintiff, Felipe Oteze Fowlkes, Pro Se, in the above entitled matter and moves this Honorable Court for an order of recusal of Judge Joseph L. Tauro. The reasons for this motion are as follows:

    1. The Judge's age has presented a mental and physical disability which has impaired his ability to discharge all of his duties in his office. As a

-1-

result, the Judge is unable to fully read and comprehend the necessarily lengthy, legible handwritten complaints and definite statements I've presented to him. His oversights in this and other civil actions involving me are demonstrative of that disability. To begin with, the Judge required me to "Show Cause" on the names and conduct of defendants clearly written in the complaint, whom due to his disability, he was unable to read and comprehend. The definite statements fully complied with the Judge's order but because they contained 96 statements on 22 defendants on 94 pages, the Judge struck them from the Record because of his disability which affected his inability to read and comprehend them. As proof, the Judge is requiring the same information on 22 defendants reduced to 7-pages which is very difficult to do and exceeds the stringent standards set for attorneys. It also appears that the Judge harbors prejudice towards my black race and 5%er Religion. The Judge has been, and will be, following the lead of my opposing party who are taking unfair advantage of his disability with

-2-

prejudice to my Rights to a competent, fair, and impartial Judge. The Judge's disability as it Relates to his Age, is a permanent disability which causes conduct prejudicial to the effective and expeditious administration of the business of the courts.

**WHEREFORE**, it is Respectfully Requested that Judge Joseph L. Tauro, Recuse himself from this action and Rescind his order Requiring Plaintiff to Reduce his Definite statements to 7-pages.

Dated: June 30, 2007.

Respectfully Submitted,

Felipe Oteze Fowlkes #W84202
SBCC: P.O. Box 8000; Shirley, MA
01464

## CERTIFICATE OF SERVICE

I, Plaintiff, Felipe Oteze Fowlkes, hereby certify that I have caused to be served a true written copy of the foregoing "Motion to Recuse" by pre-paid postage first class mail on defendants attorney; Daryl F. Glazer, Legal Division, D.O.C. 70 Franklin Street, Suite 600, Boston, MA 02110.

Dated: June 30, 2007.

Felipe Oteze Fowlkes

-3-