UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS:

Felipe Oteze Fowlkes,
        Plaintiff,    Civil Action
vs.                  #05-CV-11749-JLT

Kathleen M. Dennehy, et. al.,
        Defendants.

FILED IN CLERKS OFFICE
2007 JUL 18 A 11:89
U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO ENLARGE NUMBER OF PAGES ON MORE DEFINITE STATEMENTS

Now comes the Plaintiff, Felipe Oteze Fowlkes, pro se, in the above entitled civil action and moves this Honorable Court for an order enlarging the number of pages on plaintiff's "more definite statements" from seven pages to forty-six pages and/or to accept the initial 94 paged definite statement.

As reasons herefor, the plaintiff argues and shows that:

1. Using the chart provided by the court or any other format to comply with the court's directives, it is "impossible" to provide more definite statements on twenty-two defendants using seven pages. As proof, the plaintiff has annexed "definite statements" using the chart suggested by the court.

-1-    (cont. on reverse side)

2. As the Court can clearly see that inorder for the definite statements to contain the information, they require from 1½ to 2-pages on each defendant. Thus, the Court must reconsider an order which is "impossible" for plaintiff to comply with.

WHEREFORE, it is respectfully requested that this Honorable Court enlarge the number of pages for the more definite statements, from seven pages to 46 pages annexed hereto and/or as an alternative, that the Court will reconsider accepting the initial 94 paged definite statement(s).

Dated:
July 14, 2007

Respectfully Submitted,

*Felipe Oteze Fowlkes*
Felipe Oteze Fowlkes #W84202
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I, the plaintiff, Felipe Oteze Fowlkes, pro se, do hereby certify that I have caused a true copy of the foregoing "Motion to Enlarge" and the annexed "46-paged Definite Statement" to be served by prepaid first class mail on defendants attorney, Daryl F. Glazer, D.O.C. Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110.

Date: July 14, 2007.

*Felipe Oteze Fowlkes*
Felipe Oteze Fowlkes #W84202
Plaintiff, Pro Se,