# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Felipe Oteze Fowlkes,
          Plaintiffs,

vs.

Kathleen M. Dennehy, et. al.,
          Defendants.

Civil Action
#05-11749-JLT

2007 JUL 18 A 11:06
U.S. DISTRICT COURT
DISTRICT OF MASS

## Fed.R.Civ.P., Rule 16(b) Motion for Mandatory Pre-Trial Scheduling Order

Now comes the plaintiff, Felipe Oteze Fowlkes, pro se, in the above entitled civil action and moves this court pursuant to Fed.R.Civ.P., Rule 16(b) for Pre-Trial Scheduling order which sets the deadlines to (1) join other parties or defendants; (2) amend the pleadings; (3) complete discovery; (4) file dispositive and non-dispositive motions; and (5) any other matters appropriate in the circumstances of this case.

    To date, the court has never issued a Pre-Trial Scheduling order in this case. Over the years the most significant change in Rule 16 is the "mandatory" scheduling order described in Rule 16(b).

    The court is reminded that Fed.R. Civ.P., Rule 26(d) & (f) does not apply to this action nor prior to the filing of a

-1-   (cont. on reverse side)

NON-dispositive Motion due to plaintiff's pro se incarceration status.

WHEREFORE, plaintiff respectfully request that this Honorable Court issue the mandatory Pre-Trial Scheduling Order setting deadlines with respect to the foregoing matters.

Dated: July 14, 2007.

Respectfully Submitted,

Felipe Oteze Fowlkes
Felipe Oteze Fowlkes
#W84202, Pro Se
SBCC: P.O. Box 8000
Shirley, MA 01464

## CERTIFICATE OF SERVICE

I, Felipe Oteze Fowlkes, Plaintiff, Pro Se, hereby certify that I have caused a true copy of the foregoing "Rule 16(b) Motion for Pre-Trial Scheduling Order" to be served by prepaid first class mail on the defendants Attorney Daryl F. Glazer, D.O.C. Legal Division, 70 Franklin Street, Suite 600, Boston, MA 02110.

Dated: July 14, 2007.

Felipe Oteze Fowlkes
Felipe Oteze Fowlkes
#W84202, Pro Se,