## CERTIFICATE OF SERVICE

     I, Daryl F. Glazer, Counsel for the Department of Correction, hereby certify that on this 27th day of June 2007, I caused a copy of the foregoing Defendants' Opposition to Plaintiff's Motion to Enlarge Number of Pages on More Definite Statements to be served on Plaintiff, by first class mail, postage prepaid at his address, SBCC, P.O. Box 8000, Shirley, MA 01464.

Date: July 19, 2007                        /s/ Daryl F. Glazer
                                                   Daryl F. Glazer
                                                   Counsel