```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

FELIPE FOWLKES,                )
       Plaintiff,            )
                                 )   C.A. No. 05-11749-JLT
      v.                       )
                                 )
KATHLEEN M. DENNEHY, ET AL.,   )
       Defendants.           )
                                 )

## ORDER FOR DISMISSAL

TAURO, D.J.

    In accordance with the Memorandum and Order (#82) directing dismissal of this action for the reasons stated therein, it is hereby Ordered that the above-captioned matter is dismissed in its entirety without prejudice.


                                         By the Court,

                                         /s/ Zita Lovett
                                         Deputy Clerk


DATED: September 10, 2007