

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*15 Administration Road*
*Bridgewater, Massachusetts 02324*
(508) 279-3700
www.mass.gov/doc

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Kevin M. Burke**
Secretary

FILED IN CLERKS OFFICE
2007 SEP -7 P 12: 46
U.S. DISTRICT COURT
DISTRICT OF MASS

James R. Bender
Acting Commissioner

Timothy Hall
Acting Deputy Commissioner

Ronald T. Duval
Associate Commissioner

---

September 6, 2007

U.S. District Court
Cashier – Suite 2300
1 Courthouse Way
Boston, MA 02110

RE: CA # 05-11749-JTL

Dear Clerk,

Inmate Felipe Oteze Fowlkes W84202 currently does not have the funds in his account to make any payments for his filing fee. Once he as funds, I will forward to you 20% of his monthly income.

Sincerely,

Evelyn Smith
Treasurer
Bridgewater Correctional Complex