Aug. 29, 2007

Felipe Oteze Fowlkes #W84202
Souza-Baranowski Corr. Ctr.
P.O. Box 8000
Shirley, MA 01464

*FILED IN CLERKS OFFICE 2007 SEP -4 P 4: 24 U.S. DISTRICT COURT DISTRICT OF MASS.*

Dear Clerk:

Please provide me with three (3) Title 42 USCA sec. 1983 Prisoner Civil Rights Complaint Forms; (3) In Forma Pauperis Forms, and (3) US Marshal Forms.

*Additionally, please provide me with the Pro Se forms and instructions on "How to File Appeals to the First Circuit Court of Appeals." Please include the Appeal Forms and all necessary forms for such a Pro Se Appeal.

Thank you kindly in advance.

Yours truly,
Felipe Fowlkes